AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

### APPEARANCE

UNITED STATES OF AMERICA
v.

JACKSON RAFEL

Case Number: 07-MJ-1727

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACKSON RAFEL LOPEZ-HERNANDEZ

I certify that I am admitted to practice in this court.

November 2, 2007
Date

Signature

MICHAEL J. NEDICK
Print Name                                          Bar Number

888 Grand Concourse
Address

Bronx                New York                10451
City                 State                   Zip Code

(718) 665-9533                    (718) 665-9147
Phone Number                      Fax Number